**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STAVROS PAPANTONIADIS,<br>a/k/a "Steve Papantoniadis,"<br><br>Defendant. | Magistrate Judge Case No.<br><br>23-5172-JGD |

**MOTION TO SEAL**

The United States asks this Court to seal the criminal complaint, supporting affidavit, arrest warrant, this motion, any ruling on this motion, and all related orders and paperwork until further order of this Court, except that the United States may later produce copies of the affidavit and arrest warrant and related documents to the defense during discovery in any criminal case. In support of this motion, the government states that the public disclosure of any of these materials at this juncture could jeopardize the government's ongoing investigation in this case, including the arrest of the defendant. The United States further asks, pursuant to General Order 06-05 that the United States Attorney, through undersigned counsel, be provided copies of all sealed documents which the United States Attorney has filed in this matter.

**Motion to seal allowed**

**Mar 15, 2023**

*Judith Gail Dein*
*U.S.M.J.*

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By:  /s/ Brian A. Fogerty
    Brian A. Fogerty
    Assistant U.S. Attorney

Dated:  _March 15, 2023_