UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL No.
23-10089-FDS

UNITED STATES OF AMERICA

v.

STAVROS PAPANTONIADIS

**INTERIM STATUS REPORT**

September 20, 2023

DEIN, M.J.

An Interim Status Conference was scheduled to be held remotely before this court on September 20, 2023 pursuant to the provisions of Local Rule 116.5(b), but with the court's consent the parties proceeded by way of a Joint Status Report. Based on that Report, this court enters the following report and orders to wit:

1. The government has produced its automatic discovery. The defendant is in the process of reviewing the documents produced by the government to date.

2. The government anticipates producing additional discovery on a rolling basis, including early Jencks material in the form of law enforcement reports containing certain victim and witness statements.

3. The date for filing discovery and/or dispositive motions shall be set at the next status conference.

4. The date for producing expert discovery shall be set at the next status conference.

5. This court finds and concludes, pursuant to the provisions of 18 U.S.C. § 3161(h)(7)(A) and Section 5(b)(7)(B) of the Plan for Prompt Disposition of Criminal Cases in the United States District Court for the District of Massachusetts (Statement of Time Limits Adopted by the Court and Procedures for Implementing Them, Effective December 2008) that the defendant requires additional time for the preparation of an effective defense, including time for review of the evidence, preparation of motions, and consideration of alternatives concerning how best to proceed with this matter, and that the interests of justice outweighs the best interests of the public and the defendant for a trial within seventy days of the return of an indictment. Accordingly, it is hereby ordered that the Clerk of this Court enter excludable time for the period of September 20, 2023 through October 24, 2023, that being the period between the expiration of the last order of excludable time and the next status conference.

Based upon the prior orders of the court dated April 25, 2023, June 13, 2023, July 14, 2023, August 15, 2023 and the order entered contemporaneously herewith, at the time of the Final Status Conference on October 24, 2023 there will be zero (0) days of non-excludable time under

the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

6. A Final Status Conference has been scheduled for October 24, 2023 at 10:00 a.m.  Counsel for the respective parties shall file a Joint Memorandum before the close of business no less than THREE business days prior to that Status Conference.

7. It is too early to determine if a trial will be necessary.

    / s / Judith Gail Dein
JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE

[2]