# United States Court of Appeals
## For the First Circuit

No. 23-1599

UNITED STATES,

Appellee,

v.

STAVROS PAPANTONIADIS, a/k/a Steve Papantoniadis,

Defendant - Appellant.

**MANDATE**

Entered: November 6, 2023

In accordance with the judgment of October 13, 2023, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Ashley P. Allen
Steven C. Boozang
Brian Alexander Fogerty
Carmine P. Lepore
Donald Campbell Lockhart
Timothy E. Moran
Stavros Papantoniadis
Christopher John Pohl