UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )   CRIMINAL No. 23cr10089<br>)<br>STAVROS PAPANTONIADIS )<br>  Defendant ) | |

## MOTION TO CONTINUE TRIAL

The defendant moves this Honorable Court to continue the trial in this matter. In support hereof the defendant states the following;

1. Trial is set of May 20, 2024

2. In total the defense has received over 200,000 pages of discovery to date. Within the past three weeks alone the defense has received 6,875 pages of discovery.

3. Although the Government has provided discovery in a timely manner, and even prior to its obligations, the defense has not, and cannot, process the sheer volume of discovery with proper attention and detail.

4. As the defense continues to pour through the discovery it is discovering that additional items have not been produced and has made demands upon the Government to produce the same.

5. Further, many items recently received, such as the Grand Jury minutes, are redacted and the defense is required to attempt to determine the identity of the witness testifying. Defense has requested un-redacted minutes as of yesterday.

6. The defense is diligently conducting its investigation however it is impeded at times as many of the witnesses were known by "nicknames" and locating and interviewing percipient witness with relevant and exculpatory information has proven to be difficult.

7. The allegations in this matter span a periods of over ten years and involve seven victims and dozens of witnesses. Accordingly there exists many years' worth of relevant text communications and photographs.

8. In addition, and to no fault of the parties, there have been delays in processing said digital discovery and accessing it in a way that can be utilized for trial preparation and trial.

9. This is the first trial date and the defense is not simply looking to delay this matter, but requires additional time to adequately and effectively present a defense. The defendant will not be afforded a fair trial if this matter were to proceed on the scheduled date.

10. The defendant remains in custody and if anyone is prejudiced by a continuance it is him. However, at this time the defense cannot proceed to trial on the scheduled date and requires additional time to properly and effectively prepare for trial.

For all the aforementioned reasons the defendant respectfully requests that the trial be continued September 30, 2024.

\

Respectfully Submitted
Stavros Papantoniadis
By his attorney
/s/ *Carmine P. Lepore, Esq.*
Carmine P. Lepore
Lepore & Hochman, P.A.
One Sprague Street
Revere, MA 02151
(781) 286-8800
BBO # 564603

May 8, 2024

## CERTIFICATE OF SERVICE

I, Carmine Lepore, attorney for the defendant, certify that this document filed through the EFC System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ *Carmine P. Lepore, Esq.*
Carmine P. Lepore