UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STAVROS PAPANTONIADIS,<br><br>    Defendant | CRIMINAL No. 23-10089-FDS |

**GOVERNMENT'S AMENDED WITNESS LIST**

The United States of America hereby notifies the defendant that it may call the following individuals in its case in chief. The government reserves its right to supplement this list, and to call additional witnesses as needed in rebuttal.

| Witness Name | Agency/Affiliation |
|---|---|
| Victim 1 | Former Stash's Pizza employee |
| Victim 2 | Former Stash's Pizza employee |
| Victim 3 | Former Stash's Pizza employee |
| Victim 4 | Former Stash's Pizza employee |
| Victim 5 | Former Stash's Pizza employee |
| Victim 6 | Former Stash's Pizza employee |
| Victim 7 | Former Stash's Pizza employee |
| Special Agent Stacy Fleischmann | Homeland Security Investigations |
| Special Agent Errol Flynn | Homeland Security Investigations |
| Special Agent Gregory Splagounias | Department of Labor, Office of the Inspector General |
| Carlos Matos | Department of Labor, Wage and Hour Division |
| Special Agent Andrew Kelleher | Homeland Security Investigations |

| | |
|---|---|
| Special Agent Evan Picariello | Homeland Security Investigations |
| Officer Mario Costa | Norwood Police Department |
| Officer Brendan Sweeney | Norwood Police Department |
| Custodian of Records | Norwood Police Department |
| Immigration Services Officer Matthew Epstein | United States Customs and Immigration Services |
| Dr. Vikram Kumar, M.D. | Massachusetts General Hospital |
| Tina Marks, P.A. | Norwood Hospital, Steward Health Systems |
| Dr. Michael Theodoulou, M.D. | Cambridge Health Alliance |
| Leanne Cushman | Former Stash's Pizza employee |
| Carole Frois | Former Stash's Pizza employee |
| Diya Gonsalves Ortega | Former Stash's Pizza employee |
| Nidia Volorio | Former Stash's Pizza employee |
| Fernando Nagime | Former Stash's Pizza employee |
| Jose Maldanado | Former Stash's Pizza employee |
| Maria Barahona | Former Stash's Pizza employee |
| Adgueti Garcia Herrarte | Former Stash's Pizza employee |
| Armea Mikhail | Former Stash's Pizza employee |
| | |
| | |

Respectfully,

JOSHUA S. LEVY
Acting United States Attorney

By:    */s/ Brian A. Fogerty*
BRIAN A. FOGERTY
TIMOTHY E. MORAN
Assistant United States Attorneys

Dated: May 17, 2024

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                       */s/ Timothy E. Moran*
                                       Timothy E. Moran
                                       Assistant United States Attorney

Date: May 17, 2024