UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STAVROS PAPANTONIADIS,<br><br>Defendant | CRIMINAL No. 23-10089-FDS |

**STIPULATION OF FACT**
**(Norwood Police Department 911 Recording)**

The government and Defendant Stavros Papantoniadis have agreed to the following factual stipulation, which is proposed to the Court in a form suitable for presentation to the jury (Exhibit A).

In lieu of live testimony, and for purposes of trial, the United States and the Defendant have stipulated and agreed to the following facts: Exhibit 72 is an audio recording of the Defendant's 911 call to Norwood Police on February 3, 2018, at approximately 10:20 a.m.

| | |
|---|---|
| STAVROS PAPANTONIADIS,<br>Defendant | JOSHUA S. LEVY,<br>Acting United States Attorney |
| */s/ Carmine Lepore*<br>CARMINE LEPORE<br>Counsel for Stavros Papantoniadis | */s/ Brian A. Fogerty*<br>BRIAN A. FOGERTY<br>Assistant United States Attorney |