```
CMWLSTMPR                          Mohegan Sun Casino                    Run Date  5/06/24  8:14:36
                                 Patron Win/Loss Statement                                 Page   1


Patron Name: STAVROS PAPANTONIADIS                                        Statement #: 00251996
Patron #:    003212197                                           Period Processed: From 01/2010 To 04/2024


                   <------------------------------------Win/Loss------------------------------------>
Year  Month              Slot              Table          Racebook           Keno              Total
2010  January         -1,700.00         -12,300.00            .00             .00          -14,000.00
2010  June            -1,060.00             700.00            .00             .00             -360.00
2010  August          -1,523.00            -300.00            .00             .00           -1,823.00
2010  September       -2,704.00         -10,250.00            .00             .00          -12,954.00
2010  October         -6,635.00          -7,425.00            .00             .00          -14,060.00
2011  January         -2,501.00           2,775.00            .00             .00              274.00
2011  April             -151.00            -600.00            .00             .00             -751.00
2011  May             -3,283.00          -4,350.00            .00             .00           -7,633.00
2011  June            -4,443.00          -4,750.00            .00             .00           -9,193.00
2011  September       -2,060.00          -4,800.00            .00             .00           -6,860.00
2011  October         -1,880.00          -9,100.00            .00             .00          -10,980.00
2011  November          -688.00          -2,900.00            .00             .00           -3,588.00
2012  September          663.00          -1,150.00            .00             .00             -487.00
2012  October          1,184.00          -2,400.00            .00             .00           -1,216.00
2013  January         -4,122.00           7,100.00            .00             .00            2,978.00
2013  September          355.00            -800.00            .00             .00             -445.00
2013  October           -303.00          -2,200.00            .00             .00           -2,503.00
2015  February         9,600.00                .00            .00             .00            9,600.00
2015  March           -2,943.00          -7,250.00            .00             .00          -10,193.00
2015  April           -1,854.00                .00            .00             .00           -1,854.00
2015  June             1,500.00          -7,500.00            .00             .00           -6,000.00
2015  November           775.00          -5,525.00            .00             .00           -4,750.00
2015  December        -2,444.00          -2,400.00            .00             .00           -4,844.00
2016  January         -2,421.00          -1,100.00            .00             .00           -3,521.00
2016  April           -3,001.00             725.00            .00             .00           -2,276.00
2016  May             17,212.00          -4,000.00            .00             .00           13,212.00
2016  July              -665.00           2,200.00            .00             .00            1,535.00
2016  October         -5,124.00             850.00            .00             .00           -4,274.00
2016  November        -2,444.00                .00            .00             .00           -2,444.00
2017  February        -1,088.00           4,800.00            .00             .00            3,712.00
2017  March           -1,043.00                .00            .00             .00           -1,043.00
2017  September       -6,555.00            -150.00            .00             .00           -6,705.00
2017  October         -7,956.00           4,400.00            .00             .00           -3,556.00
2018  July            -7,120.00                .00            .00             .00           -7,120.00
2018  December        -5,490.00                .00            .00             .00           -5,490.00
2019  January         -4,010.00             525.00            .00             .00           -3,485.00
2019  February         3,071.00                .00            .00             .00            3,071.00
2019  March           -5,016.00          -1,400.00            .00             .00           -6,416.00
2019  May             -7,294.00                .00            .00             .00           -7,294.00
2019  August           4,578.00                .00            .00             .00            4,578.00
2019  November           364.00                .00            .00             .00              364.00
2020  January           -576.00                .00            .00             .00             -576.00
2020  June            -3,610.00                .00            .00             .00           -3,610.00
2020  October         -4,037.00                .00            .00             .00           -4,037.00
2020  November        -7,325.00          -1,700.00            .00             .00           -9,025.00
2021  July             4,275.00          -2,000.00            .00             .00            2,275.00
2022  February         7,454.00                .00            .00             .00            7,454.00
2022  December        -2,582.00                .00            .00             .00           -2,582.00
                     -----------        ------------     ----------       ----------      ------------
      Totals:        -66,620.00         -72,275.00            .00             .00         -138,895.00

                                  * * * *  End Of Report  * * * *
```

GOVERNMENT EXHIBIT
090