Casino Accounting
Encore Boston Harbor
One Broadway
Everett, MA 02149



September 10, 2021

STAVROS PAPANTONIADIS

**PERSONAL AND CONFIDENTIAL**

Account #: 12430536

Dear STAVROS,

Per your request, we have gathered the following information from our records relating to your gaming activities at Encore Boston Harbor for the year 2019.  This letter is based on information contained within our casino management system which has the capacity to electronically record the amounts wagered and paid out as winnings through an electronic gaming machine and calculating the overall win or loss when your Red Card is properly inserted into an electronic gaming machine or presented at table games.  Therefore, this report does not include any activity when the Red Card is not used or not inserted properly into the card reader.

    Dates of Play from 01/01/2019 to 12/31/2019

    Your total estimated Slot Win/(Loss) is ($45,322.21)

    Your total estimated Table  Win/(Loss) is $0.00

    Your total combined estimated  Win/(Loss) is ($45,322.21)

Before using this information for any purpose, please be advised of the following:

- Our tracking system is designed for marketing purposes only.
- The information should only be used to support your personal records.
- When seeking advice on reporting gaming wins or losses for tax purposes, contact your personal accountant.   Our employees are not authorized to give tax advice.
- Encore Boston Harbor Casino will not maintain a copy of this letter for future reference.

We are pleased to provide you with this information as a courtesy, and we hope this report is helpful in corroborating other records within your possession.  Should your other records demonstrate that the information in this letter is not accurate it is your responsibility to accurately determine and report your income.  You should use this letter only to the extent that you believe it accurately reflects your overall results.

Also, please be advised that the IRS has specific requirements that relate to the claiming of gambling wins and losses.  Information pertaining to the specific requirements is available in IRS Publication 529 or at the IRS website: http://www.irs.gov/taxtopics/tc419.html.

We appreciate your patronage and look forward to your next visit to Encore Boston Harbor.

Sincerely,



John Santon
Executive Director - Accounting
Encore Boston Harbor

**GOVERNMENT EXHIBIT 091**

This letter is presented to you as a courtesy by Encore Boston Harbor. Encore Boston Harbor disclaims any responsibility for the accuracy of the amounts set forth herein and cannot be held responsible for any misstatements or inaccuracies. If you have any reason to believe that the information contained herein is incorrect, please advise Encore Boston Harbor immediately by emailing winloss@encorebostonharbor.com

**IRS Circular 230 disclosure: Any statement contained in this communication (including any attachments) concerning U.S. tax matters is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein

Casino Accounting
Encore Boston Harbor
One Broadway
Everett, MA 02149



September 10, 2021

STAVROS PAPANTONIADIS



**PERSONAL AND CONFIDENTIAL**

Account #: 12430536

Dear STAVROS,

Per your request, we have gathered the following information from our records relating to your gaming activities at Encore Boston Harbor for the year 2020.  This letter is based on information contained within our casino management system which has the capacity to electronically record the amounts wagered and paid out as winnings through an electronic gaming machine and calculating the overall win or loss when your Red Card is properly inserted into an electronic gaming machine or presented at table games.  Therefore, this report does not include any activity when the Red Card is not used or not inserted properly into the card reader.

    Dates of Play from 01/01/2020 to 12/31/2020

    Your total estimated Slot Win/(Loss) is ($60,048.04)

    Your total estimated Table  Win/(Loss) is $0.00

    Your total combined estimated  Win/(Loss) is ($60,048.04)

Before using this information for any purpose, please be advised of the following:

- Our tracking system is designed for marketing purposes only.
- The information should only be used to support your personal records.
- When seeking advice on reporting gaming wins or losses for tax purposes, contact your personal accountant.   Our employees are not authorized to give tax advice.
- Encore Boston Harbor Casino will not maintain a copy of this letter for future reference.

We are pleased to provide you with this information as a courtesy, and we hope this report is helpful in corroborating other records within your possession.  Should your other records demonstrate that the information in this letter is not accurate it is your responsibility to accurately determine and report your income.  You should use this letter only to the extent that you believe it accurately reflects your overall results.

Also, please be advised that the IRS has specific requirements that relate to the claiming of gambling wins and losses.  Information pertaining to the specific requirements is available in IRS Publication 529 or at the IRS website: http://www.irs.gov/taxtopics/tc419.html.

We appreciate your patronage and look forward to your next visit to Encore Boston Harbor.

Sincerely,

*John Santon*

John Santon
Executive Director - Accounting
Encore Boston Harbor

This letter is presented to you as a courtesy by Encore Boston Harbor. Encore Boston Harbor disclaims any responsibility for the accuracy of the amounts set forth herein and cannot be held responsible for any misstatements or inaccuracies. If you have any reason to believe that the information contained herein is incorrect, please advise Encore Boston Harbor immediately by emailing winloss@encorebostonharbor.com

**IRS Circular 230 disclosure: Any statement contained in this communication (including any attachments) concerning U.S. tax matters is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein

Casino Accounting
Encore Boston Harbor
One Broadway
Everett, MA 02149



September 10, 2021

STAVROS PAPANTONIADIS



**PERSONAL AND CONFIDENTIAL**

Account #: 12430536

Dear STAVROS,

Per your request, we have gathered the following information from our records relating to your gaming activities at Encore Boston Harbor for the year 2021.  This letter is based on information contained within our casino management system which has the capacity to electronically record the amounts wagered and paid out as winnings through an electronic gaming machine and calculating the overall win or loss when your Red Card is properly inserted into an electronic gaming machine or presented at table games.  Therefore, this report does not include any activity when the Red Card is not used or not inserted properly into the card reader.

      Dates of Play from 01/01/2021 to 12/31/2021

      Your total estimated Slot Win/(Loss) is ($87,703.61)

      Your total estimated Table  Win/(Loss) is $0.00

      Your total combined estimated  Win/(Loss) is ($87,703.61)

Before using this information for any purpose, please be advised of the following:

- Our tracking system is designed for marketing purposes only.
- The information should only be used to support your personal records.
- When seeking advice on reporting gaming wins or losses for tax purposes, contact your personal accountant.   Our employees are not authorized to give tax advice.
- Encore Boston Harbor Casino will not maintain a copy of this letter for future reference.

We are pleased to provide you with this information as a courtesy, and we hope this report is helpful in corroborating other records within your possession.  Should your other records demonstrate that the information in this letter is not accurate it is your responsibility to accurately determine and report your income.  You should use this letter only to the extent that you believe it accurately reflects your overall results.

Also, please be advised that the IRS has specific requirements that relate to the claiming of gambling wins and losses.  Information pertaining to the specific requirements is available in IRS Publication 529 or at the IRS website: http://www.irs.gov/taxtopics/tc419.html.

We appreciate your patronage and look forward to your next visit to Encore Boston Harbor.

Sincerely,

*John Santon* (signature)

John Santon
Executive Director - Accounting
Encore Boston Harbor

This letter is presented to you as a courtesy by Encore Boston Harbor. Encore Boston Harbor disclaims any responsibility for the accuracy of the amounts set forth herein and cannot be held responsible for any misstatements or inaccuracies. If you have any reason to believe that the information contained herein is incorrect, please advise Encore Boston Harbor immediately by emailing winloss@encorebostonharbor.com

**IRS Circular 230 disclosure: Any statement contained in this communication (including any attachments) concerning U.S. tax matters is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein