IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                        No. 23-cr-10089-FDS

STAVROS PAPANTONIADIS

[PROPOSED] ORDER AUTHORITIZING THE RELEASE OF RECORDS

IT IS HEREBY ORDERED, that the Clerk's Office at the Dedham District Court (631

High Street Dedham, Massachusetts 02026) shall release forthwith certified copies of all records

related to Docket Number 1854AC000139-SU (In re: Yanes Reyes, Julio; year of birth1991) as

such records are material in an ongoing matter before this Court.

Date: May 29, 2024

HON. F. DENNIS SAYLOR IV
CHIEF UNITED STATES DISTRICT JUDGE
DISTRICT OF MASSACHUSETTS



Certified to be a true and
correct copy of the original
Robert M. Farrell, Clerk
U. S. District Court
District of Massachusetts

By: _____
          Deputy Clerk

Date:  05/29/2024