UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 23-10089-FDS |
| ) | |
| STAVROS PAPANTONIADIS, ) | |
| ) | |
| Defendant ) | |

## GOVERNMENT'S SUPPLEMENTAL PROPOSED JURY INSTRUCTION

The United States of America hereby submits the following additional proposed jury instructions pursuant to Rule 30 of the Federal Rules of Criminal Procedure. The government requests that the Court provide the following instruction along with the other instructions the government requested regarding the charged force labor offense (*see* ECF No. 76 at 6–9):

> Whether a person is paid wages is not determinative of the question of whether that person has been the victim of forced labor. In other words, if a person is compelled to labor against his or her will by any one of the means prohibited by the forced labor statute, such service is forced, even if he or she is paid or compensated for the work.[1]

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By:   /s/ Brian A. Fogerty
TIMOTHY E. MORAN
BRIAN A. FOGERTY
Assistant U.S. Attorneys

---

[1] *See United States v. Bradley*, 390 F.3d 145, 154 (1st Cir. 2004) (affirming such an instruction regarding wages in a forced labor case), *judgment vacated on other grounds*, 390 F.3d 145 (2005).

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                        */s/ Brian A. Fogerty*
                                        Brian A. Fogerty
                                        Assistant United States Attorney

Date: June 3, 2024