UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA )<br>)<br>      v. )<br>)<br>STAVROS PAPANTONIADIS, )<br>)<br>      Defendant. )<br>) | Criminal Action No.<br>23-10089-FDS |

### ORDER DIRECTING GOVERNMENT'S RESPONSE
### TO DEFENDANT'S REPLY MEMORANDUM

**SAYLOR, C.J.**

Defendant Stavros Papantoniadis filed a reply memorandum on September 20, 2024, in support of his motion for a new trial. Because that memorandum raises new issues not previously addressed by the parties, the government is directed to file a written response to the reply memorandum on or before October 11, 2024.

**So Ordered.**

Dated: October 1, 2024

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
Chief Judge, United States District Court