## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CRIMINAL No. 23cr10089** |
| | ) | |
| **STAVROS PAPANTONIADIS** | ) | |
| Defendant | ) | |

## MOTION FOR JUDICIAL RECOMMENDATION

The defendant moves this Honorable Court for a recommendation to serve his sentence at FCI Danbury.  In support hereof the defendant states that initially the defendant had requested a judicial recommendation for FCI Devens.  However, given the improbability of him being designated to a camp such as the satellite camp at FMC Devens, he respectfully requests a change of the judicial recommendation to FCI Danbury.

> Respectfully Submitted
> Stavros Papantoniadis
> By his attorney
> /s/ *Carmine P. Lepore, Esq.*
> Carmine P. Lepore
> Lepore & Hochman, P.A.
> One Sprague Street
> Revere, MA 02151
> (781) 286-8800
> BBO # 564603

January 13, 2025

## CERTIFICATE OF SERVICE

I, Carmine Lepore, attorney for the defendant, certify that this document filed through the EFC System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

> /s/ *Carmine P. Lepore, Esq.*
> Carmine P. Lepore