**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **CRIMINAL No. 1:23-cr-10089-FDS** |
| ) | |
| **STAVROS PAPANTONIADIS** ) | |
| Defendant ) | |

**MEMORANDUM IN SUPPORT OF OBJECTION TO RESTITUTION REQUEST**
**FOR COST OF FUTURE COUNSELING AS TO VICTIM 4**

The defendant objects to the Government's request for restitution to Silvia Bonilla (Victim 4) for future counseling.  Although 18 USCS § 3663A allows for awards of restitution to cover projected future medical costs of victims, the "award [must] have a rational basis in the record" United States v. González-Calderón, 920 F.3d 83, 85 (1st Cir. 2019), United States v. Chan, 981 F.3d 39, 66 (2020)  "For the purposes of this section, the term victim means a person directly and proximately harmed as a result of the commission of an offense for which restitution may be ordered" 18 USCS § 3663A.

Although the defendant was convicted of the charge related to Bonilla the facts at trial established that she witnessed an altercation between the defendant and another employee and that frightened her.  She testified that after seeing that incident she was afraid that the defendant would become physical with her if she did work to his satisfaction.  She also testified that as a young girl in her home country she witnessed her father's murder.  That experience no doubt is a traumatic and life altering event.

However, she has not testified, nor is there evidence before the court that she ever sought counseling at any time after her father's death nor during, or after, her employ with the

defendant.  The record in this case fails to establish that the defendant's offense was the direct or proximate cause of Bonilla's recent claims to require a course of therapy.

For the aforementioned reasons the defendant objects to an award of restitution for future counseling.

<div style="margin-left:50%">

Respectfully submitted,
Stavros Papantoniadis
By his attorney,

*/s/ Carmine P. Lepore*
Carmine P. Lepore, Esq.
Lepore & Hochman, P.A.
One Sprague Street
Revere, MA  02151
(781) 286-8800
BBO # 564603

</div>

January 24, 2025

## CERTIFICATE OF SERVICE

I, Carmine P. Lepore, hereby certify that the above document was filed through the Electronic Court Filing system and served on all registered participants.

<div style="margin-left:50%">

*/s/ Carmine P. Lepore*

</div>