UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES of AMERICA ) ) ) v. ) ) STAVROS PAPANTONIADIS, ) ) Defendant. ) ) | Criminal Action No. 23-10089-FDS |

## ORDER ON RESTITUTION

**SAYLOR, C.J.**

The parties substantially agree on the restitution defendant owes each victim in this case. Defendant contests only whether Victim 4, Silvia Bonilla Vilorio, is eligible for restitution to cover the costs of mental-health treatment.

A court must order restitution to a victim of forced labor for "the full amount of the victim's losses." 18 U.S.C. § 1593(b)(1). This amount includes "any costs incurred . . . by the victim, as a proximate result of the offenses involving the victim." 18 U.S.C. § 2259(c)(2); *see* 18 U.S.C. § 1593(b)(3). These costs encompass "medical services relating to physical, psychiatric, or psychological care." 18 U.S.C. § 2259(c)(2)(A). The Court makes any determination of eligibility of restitution based on a preponderance of the evidence standard. *See* 18 U.S.C. § 3664(e).

Here, defendant was convicted of three counts of forced labor and three counts of attempted forced labor in violation of 18 U.S.C. § 1589. (ECF 133). Bonilla was a victim in one of the counts of forced labor for which he was convicted. (*Id.* at 1). The record contains more than sufficient evidence to establish, by a preponderance of the evidence, that Bonilla requires mental-health care as a proximate result of defendant's offenses against her. (ECF 176).

Therefore, the Court must order restitution for Bonilla's mental-health care costs. 18 U.S.C. § 1593(b)(1).

Accordingly, the final judgment will include restitution in the following amounts:

1. Back wages of $18,816.66 to Jose Antonio Hernandez Navarette (Victim 2);

2. Back wages of $28,925.16 to Tharcisio Ribeiro Do Carmo (Victim 3);

3. Back wages of $4,506.49 and mental-health care costs of $17,500 to Silvia Bonilla Vilorio (Victim 4);

4. Back wages of $6,286.50 to Thiago Silva Teixeira (Victim 5);

5. Back wages of $18,385.29 to William Dos Passos (Victim 6); and

6. Back wages of $8,821.62 to Julio Cesar Yanes Reyes (Victim 7).

**So Ordered.**

Dated: February 3, 2025

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
Chief Judge, United States District Court