UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.     )<br>)<br>STAVROS PAPANTONIADIS,  )<br>    Defendant     )<br>) | No. 23-CR-10089-FDS |

**ASSENTED-TO MOTION TO AMEND PROTECTIVE ORDER**

Now comes the defendant Stavros Papantoniadis, by and through undersigned counsel, and hereby respectfully moves this Honorable Court to modify the Protective Order in this matter (Dkt. 72) for the purpose of permitting counsel to provide the defendant with access to pre-trial discovery that he will review subject to the confidentiality provisions of both the Amended Protective Order and the protocols in place at his facility of incarceration (FCI Danbury). The proposed amendment is reflected in paragraph 7 of the attached Proposed Order. The government assents to this request to modify the Protective Order.

**COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

Undersigned counsel has conferred with the government, and the government assents to the relief requested in this Motion.

Respectfully Submitted,
STAVROS PAPANTONIADIS
By His Attorney,

**/s/ Martin G. Weinberg**
Martin G. Weinberg, Esq.
Mass. Bar No. 519480

1

20 Park Plaza, Suite 1000  
Boston, MA 02116  
(617) 227-3700  
owlmgw@att.net

Dated: February 5, 2026

**CERTIFICATE OF SERVICE**

    I, Martin G. Weinberg, hereby certify that on this date, February 5, 2026, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

**/s/ Martin G. Weinberg**  
Martin G. Weinberg, Esq.
