# United States Court of Appeals
## For the First Circuit

No. 25-1126

UNITED STATES,

Appellee,

v.

STAVROS PAPANTONIADIS, a/k/a Steve Papantoniadis,

Defendant - Appellant.

**MANDATE**

Entered: February 12, 2026

    In accordance with the judgment of January 21, 2026, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Ashley P. Allen
Steven C. Boozang
Brian Alexander Fogerty
Kimberly Homan
Randall Ernest Kromm
Carmine P. Lepore
Donald Campbell Lockhart
Timothy E. Moran
Stavros Papantoniadis
Christopher John Pohl
Robert L. Sheketoff
Martin G. Weinberg